UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Minnesota Mining and
Manufacturing Company,
Riker Laboratories, Inc.,

Plaintiffs,

Civil 02-408 (RHK/SRN)

vs.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Par Pharmaceutical, Inc.,
Pharmaceutical Resources, Inc.,

Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated April 16, 1997, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: February 22, 2002

RICHARD H. KYLE
United States District Judge

FEB 22 2002

Minnesota Mining, et al

vs. 02-cv-408ADM/SRN

Par Pharmaceutical, Inc., et al

The above-entitled matter has been re-assigned to Judge Ann D. Montgomery pursuant to an Order of Disqualification by Judge Richard H. Kyle. Please note the change in the judge's initials and refer to them when submitting documents to the court. Also note that Magistrate Judge Susan R. Nelson remains the MJ.